# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHRIS CHARLTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. CIV-15-1235-HE |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner | ) | |
| of Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Chris Charlton filed this suit to appeal the final decision of the Commissioner of the Social Security Administration ("Commissioner") denying his application for supplemental security income benefits under the Social Security Act. Consistent with 28 U.S.C. § 636(b)(1)(B), the case was referred to U.S. Magistrate Judge Suzanne Mitchell, who recommends that the decision of the Commissioner be reversed and the matter remanded for further proceedings. Objections to the Report and Recommendation were due by September 5, 2016. No objection has been filed.

Having failed to object to the Report and Recommendation, the parties have waived their right to appellate review of the factual and legal issues it addressed. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059–60 (10th Cir. 1996); *see* 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Accordingly, the Report and Recommendation [Doc. No. 19] is

ADOPTED. The decision of the Commissioner is **REVERSED** and this case is **REMANDED** for further proceedings consistent with the Report and Recommendation, a copy of which is attached to this order.

**IT IS SO ORDERED**.

Dated this 15th day of September, 2016.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE